UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| CLARK FRAZIER, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:19-CV-00102-JRG-CRW |
| CHRISTOPHER MORLEY, | ) |
| Defendant. | ) |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered herewith, Defendant Morley's motion for summary judgment [Doc. 173] is **GRANTED**, all pending motions are **DENIED** as moot, and this action is **DISMISSED** with prejudice. The Clerk is **DIRECTED** to close this case.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

s/ *LeAnna R. Wilson*
District Court Clerk